FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 0 7 2026

TAMMY H. DOWNS, CLERK

By:_____
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:25CR00157 KGB |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 1349 |
| URSULA GODBEE, | ) | 18 U.S.C. § 1344 |
| JOHN TICE, | ) | 18 U.S.C. § 1028A |
| MARC PECK, | ) | 18 U.S.C. § 641 |
| DAQUAWN ANDREWS, | ) | |
| JAJUAN PRESTON a.k.a. "J.P.", and | ) | |
| KENNETH GARDNER, JR. a.k.a. "SLIM" | ) | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT 1

Between on or about February 22, 2024, through on or about July 16, 2025, in the Eastern

District of Arkansas and elsewhere, the defendants,

URSULA GODBEE,
JOHN TICE,
MARC PECK,
DAQUAWN ANDREWS,
JAJUAN PRESTON a.k.a. "J.P.," and
KENNETH GARDNER, JR. a.k.a. "SLIM"

along with others known and unknown to the Grand Jury, voluntarily and knowingly conspired

and agreed to execute and attempt to execute a scheme and artifice to obtain and attempt to obtain

any of the moneys, funds, credits, assets, securities, and other property owned by, and under the

custody and control of First Horizon Bank, Relyance Bank, Stone Bank, Bank of Little Rock,

Citizens Bank, Bank OZK, Eagle Bank, First Arkansas Bank and Trust, First Community Bank,

and First Security Bank, as well as banks outside of the Eastern District of Arkansas (collectively,

the Banks), by means of materially false and fraudulent pretenses, representations, and promises,

all at a time when the accounts of the Banks were insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section 1344.

All in violation of Title 18, United States Code, Section 1349.

A. INTRODUCTION

At all times material herein:

1.    The Banks were financial institutions that were insured deposit institutions (as defined in section 3(c)(2) of the Federal Deposit Insurance Act).

B. THE SCHEME

From on or about February 22, 2024, to on or about July 16, 2025, in the Eastern District of Arkansas and elsewhere, the defendants and others known and unknown to the Grand Jury, with intent to defraud, voluntarily and knowingly executed and attempted to execute a scheme to obtain money owned and under the control of the Banks, which were insured by the FDIC, by means of materially false and fraudulent pretenses, representations, and promises.

C. MANNER AND MEANS

The manner and means by which the conspiracy was accomplished included, among others, the following:

1.    The defendants and other co-conspirators obtained legitimate United States (U.S.) Treasury checks payable to various payees.

2.    DAQUAWN ANDREWS, JAJUAN PRESTON a.k.a. "J.P.," and KENNETH GARDNER, JR. a.k.a. "SLIM" sent personally identifying information belonging to payees listed on U.S. Treasury checks to at least one co-conspirator.

3.    JAJUAN PRESTON a.k.a. "J.P." and KENNETH GARDNER, JR. a.k.a. "SLIM" facilitated the deposit and/or withdrawal of funds from bank accounts where U.S. Treasury checks were deposited.

U.S. v. Godbee et al, Page 2 of 9

4. URSULA GODBEE, JOHN TICE, and MARC PECK opened accounts at the Banks using fraudulent identification in the names of the payees of the U.S. Treasury checks and deposited or attempted to deposit the U.S. Treasury checks.

5. When successful at opening accounts and depositing the U.S. Treasury checks, URSULA GODBEE, JOHN TICE, MARC PECK, and DAQUAWN ANDREWS later withdrew or attempted to withdraw funds from the accounts.

6. On or about April 23, 2025, JOHN TICE entered First Horizon Bank in Little Rock, Arkansas, opened a bank account using a fraudulent driver's license in the name of J.J., and deposited and caused to be deposited a legitimate U.S. Treasury check in the amount of $154,042.47, made payable to J.J.

7. On or about May 8, 2025, URSULA GODBEE and JOHN TICE entered Relyance Bank in Pine Bluff, Arkansas, opened a joint account using fraudulent driver's licenses in the names of A.K. and J.G., and deposited and caused to be deposited a legitimate U.S. Treasury check in the amount of $44,859.68, made payable to A.K. and J.G.

8. On or about May 8, 2025, URSULA GODBEE and JOHN TICE entered Stone Bank in White Hall, Arkansas, opened a joint account using fraudulent driver's licenses in the names of J.B. and J.B., and deposited and caused to be deposited a legitimate U.S. Treasury check in the amount of $208,552.00, made payable to J.B. and J.B. URSULA GODBEE entered Stone Bank again on May 22, 2025, and May 28, 2025, and made two separate $55,000 cash withdrawals.

9. On or about May 28, 2025, URSULA GODBEE and MARC PECK entered Bank of Little Rock in Little Rock, Arkansas, opened a joint account using fraudulent driver's licenses in the names of K.C. and K.C., and deposited and caused to be deposited a legitimate U.S. Treasury check in the amount of $292,447.00, made payable to K.C. and K.C. On June 13, 2025, and June 26, 2025, URSULA GODBEE withdrew $70,000 and $100,000, respectively.

10.    On or about May 29, 2025, MARC PECK entered Citizens Bank in White Hall, Arkansas, opened a bank account using a fraudulent driver's license in the name of D.H., and deposited and caused to be deposited a legitimate U.S. Treasury check in the amount of $32,086.00, made payable to D.H.

11.    On or about May 29, 2025, MARC PECK entered Bank OZK in Little Rock, Arkansas, opened a bank account using a fraudulent driver's license in the name of T.J., and deposited and caused to be deposited a legitimate U.S. Treasury check in the amount of $47,627.00, made payable to T.J. MARC PECK entered Bank OZK again on June 25, 2025, and made a $22,000 cash withdrawal.

12.    On or about June 12, 2025, URSULA GODBEE and MARC PECK entered Eagle Bank in Little Rock, Arkansas, opened a joint account using fraudulent driver's licenses in the names of M.H. and S.W., and deposited and caused to be deposited a legitimate U.S. Treasury check in the amount of $1,449,964.74, made payable to M.H. and S.W.

13.    On or about June 27, 2025, URSULA GODBEE and MARC PECK entered First Arkansas Bank and Trust in Conway, Arkansas, opened a joint bank account using fraudulent driver's licenses in the names of C.M. and J.K., and deposited and caused to be deposited a legitimate U.S. Treasury check in the amount of $85,102.71, made payable to C.M. and J.K.

14.    On or about June 27, 2025, URSULA GODBEE entered First Community Bank in Conway, Arkansas, opened a bank account using a fraudulent driver's license in the name of B.S., and deposited and caused to be deposited a legitimate U.S. Treasury check in the amount of $47,287.52, made payable to B.S. On the same day, URSULA GODBEE made a $10,000 cash withdrawal.

15.    On or about June 27, 2025, URSULA GODBEE and MARC PECK entered First Security Bank in Conway, Arkansas, and opened a bank account using fraudulent driver's licenses

in the names of L.D. and J.D.

## **COUNT 2-11**

*(Bank Fraud)*

### A.  THE SCHEME

Sections A, B, and C of Count 1 of the Indictment are incorporated as though fully set out herein.

### B.  THE TRANSACTIONS

On or about the dates set forth below, in the Eastern District of Arkansas and elsewhere, the defendants listed below, with intent to defraud, knowingly executed, and attempted to execute, a scheme and artifice to obtain any of the moneys, funds, credits, assets, securities, and other property under the custody and control of the Banks, which were insured by the FDIC, by means of materially false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344(2).

| Count | Bank | Defendant | Date | Amount | Victim(s) |
|-------|------|-----------|------|--------|-----------|
| 2 | FIRST HORIZON | JOHN TICE | 04/23/2025 | $154,042.47 | J.J. |
| 3 | RELYANCE BANK | URSULA GODBEE JOHN TICE | 05/08/2025 | $44,859.68 | A.K. J.G. |
| 4 | STONE BANK | URSULA GODBEE JOHN TICE | 05/08/2025 | $208,552.00 | J.B. J.B. |
| 5 | BANK OF LITTLE ROCK | URSULA GODBEE MARC PECK | 05/28/2025 | $292,447.00 | K.C. K.C. |
| 6 | CITIZENS BANK | MARC PECK | 05/29/2025 | $32,086.00 | D.H. |
| 7 | BANK OZK | MARC PECK | 05/29/2025 | $47,627.00 | T.J. |
| 8 | EAGLE BANK | URSULA GODBEE MARC PECK | 06/12/2025 | $1,449,964.74 | M.H. S.W. |
| 9 | FIRST ARKANSAS BANK & TRUST | URSULA GODBEE MARC PECK | 06/27/2025 | $85,102.71 | C.M. J.K. |
| 10 | FIRST COMMUNITY BANK | URSULA GODBEE | 06/27/2025 | $47,287.52 | B.S. |
| 11 | FIRST SECURITY BANK | URSULA GODBEE MARC PECK | 06/27/2025 | N/A | L.D. J.D. |

## COUNTS 12-21

*(Aggravated Identity Theft)*

A. THE SCHEME

Sections A, B, and C of Count 1 of the Indictment are incorporated as though fully set out herein.

B. THE TRANSACTIONS

On or about the dates set forth below, in the Eastern District of Arkansas and elsewhere, the defendants listed below knowingly possessed and used, without lawful authority, a means of identification of another person(s), during and in relation to a felony violation of Title 18, United States Code, Section 641, knowing that the means of identification belonged to another actual person, in violation of Title 18, United States Code, Section 1028A(a)(1).

| Count | Bank | Defendant | Date | Amount | Victim(s) |
|---|---|---|---|---|---|
| 12 | FIRST HORIZON | JOHN TICE | 04/23/2025 | $154,042.47 | J.J. |
| 13 | RELYANCE BANK | URSULA GODBEE JOHN TICE | 05/08/2025 | $44,859.68 | A.K. J.G. |
| 14 | STONE BANK | URSULA GODBEE JOHN TICE | 05/08/2025 | $208,552.00 | J.B. J.B. |
| 15 | BANK OF LITTLE ROCK | URSULA GODBEE MARC PECK | 05/28/2025 | $292,447.00 | K.C. K.C. |
| 16 | CITIZENS BANK | MARC PECK | 05/29/2025 | $32,086.00 | D.H. |
| 17 | BANK OZK | MARC PECK | 05/29/2025 | $47,627.00 | T.J. |
| 18 | EAGLE BANK | URSULA GODBEE MARC PECK | 06/12/2025 | $1,449,964.74 | M.H. S.W. |
| 19 | FIRST ARKANSAS BANK & TRUST | URSULA GODBEE MARC PECK | 06/27/2025 | $85,102.71 | C.M. J.K. |
| 20 | FIRST COMMUNITY BANK | URSULA GODBEE | 06/27/2025 | $47,287.52 | B.S. |
| 21 | FIRST SECURITY BANK | URSULA GODBEE MARC PECK | 06/27/2025 | N/A | L.D. J.D. |

## COUNTS 22-30

### *(Theft of Government Property)*

A. THE SCHEME

Sections A, B, and C of Count 1 of the Indictment are incorporated as though fully set out herein.

B. THE TRANSACTIONS

On or about the dates set forth below, in the Eastern District of Arkansas and elsewhere, the defendants listed below knowingly received, concealed, and retained a record, voucher, money, and thing of value of the United States and of any department or agency thereof, that is: a United States Treasury check, with the intent to convert it to his and her use and gain, knowing it to have been embezzled, stolen, and converted, in violation of Title 18, United States Code, Section 641.

| Count | Bank | Defendant | Date | Amount | Victim(s) |
|---|---|---|---|---|---|
| 22 | FIRST HORIZON | JOHN TICE | 04/23/2025 | $154,042.47 | J.J. |
| 23 | RELYANCE BANK | URSULA GODBEE JOHN TICE | 05/08/2025 | $44,859.68 | A.K. J.G. |
| 24 | STONE BANK | URSULA GODBEE JOHN TICE | 05/08/2025 | $208,552.00 | J.B. J.B. |
| 25 | BANK OF LITTLE ROCK | URSULA GODBEE MARC PECK | 05/28/2025 | $292,447.00 | K.C. K.C. |
| 26 | CITIZENS BANK | MARC PECK | 05/29/2025 | $32,086.00 | D.H. |
| 27 | BANK OZK | MARC PECK | 05/29/2025 | $47,627.00 | T.J. |
| 28 | EAGLE BANK | URSULA GODBEE MARC PECK | 06/12/2025 | $1,449,964.74 | M.H. S.W. |
| 29 | FIRST ARKANSAS BANK & TRUST | URSULA GODBEE MARC PECK | 06/27/2025 | $85,102.71 | C.M. J.K. |
| 30 | FIRST COMMUNITY BANK | URSULA GODBEE | 06/27/2025 | $47,287.52 | B.S. |

## FORFEITURE ALLEGATION

Upon conviction of any Counts 1-30 of this Indictment, the defendants, URSULA GODBEE, JOHN TICE, MARC PECK, DAQUAWN ANDREWS, JAJUAN PRESTON a.k.a. "J.P.," and KENNETH GARDNER, JR. a.k.a. "SLIM" shall forfeit to the United States, under Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

[End of Text. Signature Page Attached.]

U.S. v. Godbee et al, Page 8 of 9

☐    NO TRUE BILL.                    ☑    TRUE BILL.

**REDACTED SIGNATURE**

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
UNITED STATES ATTORNEY

BY: ASHLEY BOWEN
Bar No. AR 2009253
Assistant United States Attorney
425 W. Capitol Ave., Suite 500
Little Rock, Arkansas 72201
501-340-2600
Ashley.Bowen@usdoj.gov

U.S. v. Godbee et al, Page **9** of **9**